82.949-01    9,29,2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

I'm sending your office a letter to inform you, That Judge Blake has gave evidentiary hearing on my Writ of Habeas Corpus. The Judge issued a bench warrant on September 9, 2015. But did not pick me up until the 11, th.

Benson V. Montgomery Co. Clerk, 331 S.W. 3d 431 432 Tx. Cr. App. 2001..... the district Clerks duty is to recieve file and forward, Habeas Corpus under 11.07. This has not been done. I just recieved a affidavit filed by my attorney on 7-22-2015-47 days later. This also was sent by the Judge, Not the Clerk.

   My evidentiary hearing is on Oct. 7, 2015.

C.C.A. No. WR-82-949-01
Trial Court Case No. CR-12-24305-A

Johnny Richard # 2874010.
2389 Silo Rd
Bonham Tx. 75918

P.S. Could you let me know that you this letter.
   Thanks for your time.
C.C.